IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | | |
|---|---|---|
| JOSEPH J. BROWN, Jr., | ) | No. 3:10-cv-05050-RBL-JRC |
| Plaintiff, | ) | |
| v. | ) | ORDER AMENDING THE BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Based on the motion by Plaintiff, it is hereby ORDERED that the Briefing Schedule is amended as follows:

• Plaintiff Opening Brief is due May 21, 2010

• Defendant's Answering/Responsive Brief is due June 18, 2010

• Plaintiff's optional Reply Brief is due July 2, 2010

• Oral argument, if desired, requested by July 9, 2010

Dated this 3rd day of May, 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

Page 1 ORDER [No. 3:10-cv-05050-RBL-JRC]