UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH J. BROWN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Civil No.  3:10-CV-5050 RBL-JRC <br><br> ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before July 28, 2010;

- Plaintiff shall file the optional Reply Brief on or before August 11, 2010; and

- Oral argument, if desired, shall be requested by August 18, 2010.

DATED this 21st day of June 2010.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

Page 1   ORDER - [3:10-CV-5050 RBL-JRC]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24