UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JOSEPH J. BROWN, JR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Civil No. 3:10-cv-5050-RBL-JRC <br><br> ORDER AMENDING THE SCHEDULING ORDER |

Based upon the motion of Defendant and with no objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before August 27, 2010;
- Plaintiff shall file the optional Reply Brief on or before September 10, 2010; and
- Oral argument, if desired, shall be requested by September 17, 2010.

DATED this 2nd day of August 2010.

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:10-cv-5050-RBL-JRC]