UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH J. BROWN, JR.,

          Plaintiff,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

          Defendant.

CASE NO.  C10-5050RBL

ORDER

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    The matter is therefore REMANDED, pursuant to the parties' stipulated motion, to the administration for further consideration; and

(3)    The Clerk is directed to send copies of this Order to counsel of record.

DATED this 24th day of September, 2010.

                              */s/ Ronald B. Leighton*
                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE

ORDER - 1