# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH J. BROWN, JR.,

                       v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                                   JUDGMENT IN A CIVIL CASE

                                   CASE NUMBER: C10-5050RBL

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) The matter is therefore REMANDED, pursuant to the parties' stipulated motion, to the administration for further consideration.

| September 27, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                               _s/ Mary Trent_
                                               Deputy Clerk