10-CV-05050-ORD

FILED ___ LODGED
___ RECEIVED

NOV 29 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

U.S. DISTRICT JUDGE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JOSEPH J. BROWN, JR., ) | |
| ) | |
| Plaintiff, ) | No. 3:10-cv-05050-RBL |
| ) | |
| v. ) | |
| ) | PROPOSED ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

The Court has considered plaintiff's counsel's motion for authorization to charge an attorney fee pursuant to 42 U.S.C. §406(b). The Court grants plaintiff's counsel's motion and authorizes an attorney fee of $20,000 in accordance with 42 U.S.C. §406(b). Plaintiff's Counsel, Mr. Friedman, is directed to pay Plaintiff the amount of $2,634.84, the attorney's fees the Defendant paid him under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Dated: 11-29-11

Ronald B. Leighton
U.S. District Judge

Proposed Order - 1

ROBERT A. FRIEDMAN & ASSOCIATES, P.S.
3410 Broadway
Everett, Washington 98201
(425) 252-5551
FAX (425) 259-7111